

November 19, 2014

Catherine O'Hagan Wolfe, Clerk
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

**Re: Notice of Unavailability of Arguing Counsel in** *Expressions Hair Design v. Schneiderman,* **Nos. 13-4533, 13-4537**

Dear Ms. Wolfe:

  I will be arguing counsel for all of the plaintiffs-appellees in these consolidated appeals. I write to inform the Court of several upcoming dates on which I will not be available for oral argument. Those dates include:

- February 20 – March 3, 2015
- March 27, 2015
- April 6–7, 2015
- April 27–28, 2015

  In addition, the U.S. Court of Appeals for the Eleventh Circuit has tentatively set oral argument in one of my cases for the week of February 2, 2015, in Atlanta, Georgia.

            Respectfully submitted,
            */s/ Deepak Gupta*
            Counsel for Plaintiffs-Appellees

**Gupta Beck PLLC**
1735 20th Street, NW, Washington, DC 20009
**P** 202 888 1741   **F** 202 888 7792
**guptabeck.com**