

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

February 10, 2015

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    Division of Appellants' Argument Time in *Expressions Hair Design v.*
              *Schneiderman*, Nos. 13-4533, 13-4537

Dear Ms. Wolfe:

    The Court recently issued a notice of hearing date calendaring this appeal for
Thursday, March 5, 2015, at 10:00 a.m. The Court allotted each side of this appeal a
total of sixteen minutes of oral argument time, with defendants-appellants' sixteen
minutes divided evenly between appellant Attorney General Schneiderman and the
District Attorney appellants, Cyrus R. Vance, Jr. and Charles J. Hynes.[1]

    I write on behalf of all appellants to inform the Court that Corporation
Counsel for New York City, counsel for the District Attorney appellants, has agreed
to provide all of the District Attorney appellants' allotted oral argument time to
Attorney General Schneiderman. Defendants-appellants' interests in this appeal
are aligned and their position will be most efficiently and clearly presented to this
Court if only one counsel argues on behalf of all defendants-appellants. Indeed, to
avoid duplication, Corporation Counsel's brief in this matter relied entirely on the
opening brief filed on behalf of Attorney General Schneiderman. *See* Corrected Br.
for District Attorney Charles J. Hynes and Cyrus R. Vance, Jr., ECF No. 62. As a
result, we respectfully request that Attorney General Schneiderman be allotted the

---

[1] Charles Hynes was named in this lawsuit only in his official capacity as the District Attorney of
Kings County. Because Ken Thompson has since replaced Mr. Hynes as the Kings County
District Attorney, Mr. Thompson should be automatically substituted as a defendant-appellant
pursuant to FRAP 43(c)(2).

full sixteen minutes of argument time provided to defendants-appellants in this appeal.

Thank you for your consideration.


Respectfully submitted,

/s/ *Judith Vale*

Judith Vale
Assistant Solicitor General
(212) 416-6274
judith.vale@ag.ny.gov


cc (via CM/ECF):

All counsel of record