# HOLWELL SHUSTER & GOLDBERG LLP

*125 Broad Street, 39th Floor*
*New York, New York 10004*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Zachary A. Kerner*
*646-837-5164*
*zkerner@hsgllp.com*

March 6, 2015

**Via ECF**

U.S. Court of Appeals for the Second Circuit
40 Centre Street
New York, NY 10007

Re: Request for Argument CD

To Whom It May Concern:

I request an audio CD of the oral argument in *Expressions Hair Design v. Schneiderman*, 13-04533, held on March 5, 2015. Enclosed is a check for $30 made out to the U.S. Court of Appeals. My contact information is above.

Very truly yours,

Zachary A. Kerner

Enclosure