

**Vorys, Sater, Seymour and Pease LLP**
Legal Counsel

52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

614.464.6400 | www.vorys.com

Founded 1909

Courtney A. Weiss, Litigation Paralegal
Direct Dial   (614) 464-6462
Direct Fax   (614) 719-5117
Email caweiss@vorys.com

March 12, 2015

Thurgood Marshall United States Courthouse
U.S. Court Of Appeals for the Second Circuit
Attention: Clerk's Office
40 Foley Square
New York, NY 10007

      Re:    Request for Argument CD:
              Expressions Hair Design v. Schneiderman
              Case No. 13-4533; 13-4537

Clerk of Court:

      With this letter, I request an audio CD of the oral argument held March 5th, 2015 in the above-captioned matter. Enclosed please find our firm check in the amount of $30.00 for payment of the CD. Please send the CD back to me in the included self-addressed envelope.

      If you have any questions, please contact me at (614) 464-6462.

      Very truly yours,

      *Courtney A. Weiss*

      Courtney A. Weiss
      Litigation Paralegal

CAW/caw
Enclosures

Columbus | Washington | Cleveland | Cincinnati | Akron | Houston

3/12/2015 21365218