

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

March 16, 2015

*Via Federal Express 2nd Day Delivery*

U.S. Court of Appeals for the Second Circuit
40 Foley Square, Room 150
New York, NY 10007

    Re:    CD of Oral Argument –
              Case No. 13-04533, *Expressions Hair Design v. Schneiderman*

To Whom It May Concern:

    I request an audio CD of the oral argument held on March 5, 2015, held in connection with Case No. 13-04533, *Expressions Hair Design v. Schneiderman*. Enclosed, please find a warrant in the amount of $30.00 payable to the "U.S. Court of Appeals for the Second Circuit."

    I am also enclosing a Federal Express return package for your convenience in forwarding this CD.

    If you have any questions, please do not hesitate to contact my paralegal Susan Brant (512-475-2382) or the undersigned. Thank you for your prompt attention to this request.

                              Sincerely,

                              Maria Amelia Calaf
                              Assistant Attorney General
                              Financial Litigation, Tax, and Charitable Trusts Division
                              Phone: (512) 475-4298
                              Email: Maria.Calaf@texasattorneygeneral.gov

MAC:sjb

Encls.